No. 354. COMMISSIONER OF INTERNAL REVENUE *v.* WHEELER ET AL., EXECUTORS, ET AL. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Ninth Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Wm. Dwight Whitney, Roswell Magill,* and *George G. Tyler* for respondents.